IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| CHRISTCELL GRANT, | * | |
| Plaintiff, | * | |
| v. | * | CV 325-048 |
| FRANK BISIGNANO, Commissioner of Social Security,[1] | * | |
| Defendant. | * | |

O R D E R

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of the Social Security Act, 42 U.S.C. § 405(g), and in light of the Government's request, with no objection from Plaintiff, to remand this action, **IT IS ORDERED** that the Commissioner's decision is hereby **REVERSED** with a remand of the case to the Commissioner for appropriate agency action. Upon remand, the Appeals Council will instruct the Administrative Law Judge to obtain evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base, take any further action needed

---

[1] The Clerk is directed to change the named defendant in the case to reflect that Frank Bisignano is now the Commissioner of Social Security.

to complete the administrative record, and issue a new decision. The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**ORDER ENTERED** at Augusta, Georgia this 23rd day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE

7