AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRISTCELL GRANT,

   Plaintiff,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 325-048

v.

FRANK BISIGNANO, Commissioner of Social Security,

   Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on June 23, 2025, the Court reverses the Commissioner's decision with a remand of the case to the Commissioner for appropriate agency action. This case stands closed.

| | |
|---|---|
| 6/23/2025 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | s/ Jaime S. Hanna |
| | (By) Deputy Clerk |

GAS Rev 10/2020